**GENERAL RETAIL CORPORATION,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 13543.

United States Court of Appeals
Sixth Circuit.

Jan. 2, 1959.

Waller, Davis & Lansden, Nashville, Tenn. (argued by Wm. Waller, Nashville, Tenn.), for petitioner.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Arch M. Cantrall, John M. Morawski, A. F. Prescott, L. W. Post, Washington, D. C., and argued by James P. Turner, Washington, D. C., for respondent.

Before MARTIN and MILLER, Circuit Judges, and FREEMAN, District Judge.

PER CURIAM.

The sole issue on this appeal is whether the petitioner taxpayer is entitled to the preferential treatment accorded to new corporations by section 430(e) of the Internal Revenue Code of 1939, as added by section 501 of the Revenue Act of 1951, c. 521, 65 Stat. 452, 26 U.S.C.A. Excess Profits Taxes, § 430(e), relating to Korean War excess profits taxes. The decision of this issue involves the construction and application of section 430 (e) and also sections 445(g), 26 U.S.C.A.

Excess Profits Taxes, § 445(g), and 503, 26 U.S.C.A. § 503.

The Tax Court in a concise and convincing opinion by Judge Opper decided that the "clear statutory command" barred the taxpayer from such preferential tax treatment. 29 T.C. 632. We agree.

The decision of the Tax Court is affirmed.

**B. E. MILLS, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 13565.

United States Court of Appeals
Sixth Circuit.

Jan. 8, 1959.

Dewey R. Roark, Jr., and Scott P. Crampton, Washington, D. C., for petitioner.

Grant W. Wiprud, Charles K. Rice, Arch M. Cantrall, Lee A. Jackson, Robert N. Anderson, Dept. of Justice, Washington, D. C., and Carter Bledsoe, Bethesda, Md., for respondent.

Before MARTIN and MILLER, Circuit Judges, and FREEMAN, District Judge.

PER CURIAM.

This case has been heard and considered on the oral arguments and briefs of attorneys and on the record in the case;

And it appearing from the thirty-eight-page findings of fact and opinion of the Tax Court of the United States that its decision is correct in the additions made to tax under section 293(b), Internal Revenue Code (1939), 26 U.S. C.A. § 293(b);

The decision of the Tax Court is affirmed.